```
                IN THE UNITED STATES DISTRICT COURT

                 FOR THE EASTERN DISTRICT OF TEXAS

                          BEAUMONT DIVISION
```

WILLIAM DANNY PRUDHOMME          §

VS.                              §   CIVIL ACTION NO. 1:12cv599

UNITED STATES OF AMERICA         §

## MEMORANDUM OPINION REGARDING VENUE

Petitioner William Danny Prudhomme, an inmate confined in the Federal Correctional Institution at Fort Worth, Texas ("FCI-Fort Worth"), proceeding *pro se*, filed what the court has construed as a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241. Petitioner seeks credit towards his federal sentence for time spent in state custody following a parole violation.

A petition for writ of habeas corpus filed pursuant to Section 2241 must filed in the federal judicial district in which the petitioner is in-0carcerated. *United States v. Gabor*, 905 F.2d 76 (5th Cir. 1990).

FCI-Fort Worth is located in the Fort Worth Division of the Northern District of Texas. As petitioner is not confined within the Eastern District of Texas, this court lacks jurisdiction over his petition and may not adjudicate his claim. Accordingly, this petition will be transferred to the Fort Worth Division of the United States District Court for the Northern District of Texas.

A Transfer Order shall be entered in accordance with this Memorandum Opinion.

**SIGNED** this  14  day of       February       , 2013.

_____
KEITH F. GIBLIN
UNITED STATES MAGISTRATE JUDGE